Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 17-16510-AMC

SARAH C. BRADLEY  
3377 RED LION ROAD  
PHILADELPHIA PA  19114

Petition Filed Date: 09/22/2017  
341 Hearing Date: 12/01/2017  
Confirmation Date: 05/02/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $321.06 | | 02/19/2019 | $321.06 | | 03/18/2019 | $321.06 | |
| 04/17/2019 | $321.06 | | 05/16/2019 | $321.06 | | 06/17/2019 | $321.06 | |
| 07/16/2019 | $321.06 | | 08/16/2019 | $321.06 | | 09/23/2019 | $325.00 | Automatic Payr |
| 10/23/2019 | $325.00 | | 11/25/2019 | $325.00 | | 12/26/2019 | $325.00 | |
| 01/24/2020 | $325.00 | | 02/25/2020 | $325.00 | | 03/23/2020 | $325.00 | |
| 04/23/2020 | $325.00 | | 05/26/2020 | $325.00 | | 06/23/2020 | $325.00 | |
| 07/23/2020 | $325.00 | | | | | | | |

**Total Receipts for the Period: $6,143.48   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,563.02**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $1,873.30 | $0.00 | $1,873.30 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $1,844.88 | $0.00 | $1,844.88 |
| 8 | PA HOUSING FINANCE AGENCY<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PA HOUSING FINANCE AGENCY<br>»» 011 | Mortgage Arrears | $14,980.31 | $7,351.98 | $7,628.33 |
| 6 | POLICE & FIRE FCU<br>»» 006 | Unsecured Creditors | $8,056.36 | $0.00 | $8,056.36 |
| 7 | POLICE & FIRE FCU<br>»» 007 | Unsecured Creditors | $660.32 | $0.00 | $660.32 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $540.25 | $0.00 | $540.25 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $800.99 | $0.00 | $800.99 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $952.56 | $0.00 | $952.56 |
| 12 | TD BANK USA NA<br>»» 012 | Unsecured Creditors | $243.75 | $0.00 | $243.75 |
| 9 | US DEPARTMENT OF EDUCATION<br>»» 009 | Unsecured Creditors | $5,823.65 | $0.00 | $5,823.65 |
| 10 | US DEPARTMENT OF EDUCATION<br>»» 010 | Unsecured Creditors | $12,033.93 | $0.00 | $12,033.93 |
| 13 | YOUNG MARR & ASSOCIATES<br>»» 013 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,563.02 | Current Monthly Payment: | $321.06 |
| Paid to Claims: | $9,351.98 | Arrearages: | ($43.34) |
| Paid to Trustee: | $918.54 | Total Plan Base: | $18,867.24 |
| Funds on Hand: | $292.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.