| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 17-16510-AMC

SARAH C. BRADLEY  
3377 RED LION ROAD  
PHILADELPHIA PA 19114

Petition Filed Date: 09/22/2017  
341 Hearing Date: 12/01/2017  
Confirmation Date: 05/02/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $325.00 | | 05/24/2021 | $325.00 | | 06/23/2021 | $325.00 | |
| 07/26/2021 | $325.00 | | 08/23/2021 | $325.00 | | 09/23/2021 | $325.00 | |
| 10/25/2021 | $325.00 | | 11/23/2021 | $325.00 | | 12/23/2021 | $325.00 | |
| 01/25/2022 | $325.00 | | 02/24/2022 | $325.00 | | 03/23/2022 | $325.00 | |
| 04/25/2022 | $325.00 | | 05/23/2022 | $325.00 | | 06/24/2022 | $325.00 | |
| 07/25/2022 | $325.00 | | | | | | | |

**Total Receipts for the Period: $5,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,363.02**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $1,873.30 | $0.00 | $1,873.30 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $1,844.88 | $0.00 | $1,844.88 |
| 8 | PA HOUSING FINANCE AGENCY<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PA HOUSING FINANCE AGENCY<br>»» 011 | Mortgage Arrears | $14,980.31 | $14,498.73 | $481.58 |
| 6 | POLICE & FIRE FCU<br>»» 006 | Unsecured Creditors | $8,056.36 | $0.00 | $8,056.36 |
| 7 | POLICE & FIRE FCU<br>»» 007 | Unsecured Creditors | $660.32 | $0.00 | $660.32 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $540.25 | $0.00 | $540.25 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $800.99 | $0.00 | $800.99 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $952.56 | $0.00 | $952.56 |
| 12 | TD BANK USA NA<br>»» 012 | Unsecured Creditors | $243.75 | $0.00 | $243.75 |
| 9 | US DEPARTMENT OF EDUCATION<br>»» 009 | Unsecured Creditors | $5,823.65 | $0.00 | $5,823.65 |
| 10 | US DEPARTMENT OF EDUCATION<br>»» 010 | Unsecured Creditors | $12,033.93 | $0.00 | $12,033.93 |
| 13 | YOUNG MARR & ASSOCIATES<br>»» 013 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 13 | MIDLAND FUNDING LLC | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | POLICE AND FIRE F.C.U. | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-16510-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | SYNCHRONY BANK F/K/A | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | AMCA/AMERICAN MEDICAL COLL AGENCY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | QUEST DIAGNOSTICS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | SYNCB/TOYS R US | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TARGET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,363.02 | Current Monthly Payment: | $321.06 |
| Paid to Claims: | $16,498.73 | Arrearages: | ($137.90) |
| Paid to Trustee: | $1,565.29 | Total Plan Base: | $18,867.24 |
| Funds on Hand: | $299.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.