Certificate Number: 03621-PAE-DE-036967490

Bankruptcy Case Number: 17-16510



03621-PAE-DE-036967490

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 9, 2022</u>, at <u>10:47</u> o'clock <u>PM EST</u>, <u>Sarah C Bradley</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 10, 2022</u>          By:     <u>/s/Lashonda Collins</u>

                                    Name:   <u>Lashonda Collins</u>

                                    Title:   <u>Credit Counselor</u>