United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-16510-amc |
| Sarah C. Bradley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 15, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah C. Bradley, 3377 Red Lion Road, Philadelphia, PA 19114-1227 |
| 13988560 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2022 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2022 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13988551 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 16 2022 00:04:00 | AMCA/Amer Medical Collection Agency, 2269 S Saw Mill, Elmsford, NY 10523-3832 |
| 13988550 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 16 2022 00:04:00 | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 13988553 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2022 00:12:21 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13988552 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2022 00:12:30 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13988555 | | Email/Text: mrdiscen@discover.com | Nov 16 2022 00:04:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 13994669 | | Email/Text: mrdiscen@discover.com | Nov 16 2022 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 13988554 | + | Email/Text: mrdiscen@discover.com | Nov 16 2022 00:04:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13988556 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 16 2022 00:04:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 13988557 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 16 2022 00:04:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14009036 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 16 2022 00:04:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13988562 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 16 2022 00:12:21 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 13988561 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 16 2022 00:12:30 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14002869 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 16 2022 00:12:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

| | | | |
|---|---|---|---|
| 13988724 | + Email/PDF: rmscedi@recoverycorp.com | Nov 16 2022 00:12:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13988558 | + Email/Text: blegal@phfa.org | Nov 16 2022 00:04:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 13988559 | + Email/Text: blegal@phfa.org | Nov 16 2022 00:04:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14058167 | + Email/Text: blegal@phfa.org | Nov 16 2022 00:04:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13988563 | + Email/PDF: gecsedi@recoverycorp.com | Nov 16 2022 00:12:26 | Syncb/Toys 'R' Us, Po Box 965005, Orlando, FL 32896-5005 |
| 14066594 | + Email/Text: bncmail@w-legal.com | Nov 16 2022 00:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13988565 | + Email/Text: bncmail@w-legal.com | Nov 16 2022 00:04:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 13988564 | + Email/Text: bncmail@w-legal.com | Nov 16 2022 00:04:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14053184 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 16 2022 00:04:00 | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 13988567 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 16 2022 00:04:00 | Us Dept Of Ed/Great Lakes Higher Educati, Po Box 7860, Madison, WI 53707-7860 |
| 13988566 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 16 2022 00:04:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0313-2                        User: admin                                    Page 3 of 3
Date Rcvd: Nov 15, 2022                     Form ID: 138OBJ                                 Total Noticed: 28

DENISE ELIZABETH CARLON
                          on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

LEON P. HALLER
                          on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
                          dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MATTEO SAMUEL WEINER
                          on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

PAUL H. YOUNG
                          on behalf of Debtor Sarah C. Bradley support@ymalaw.com
                          ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                          ,lesliebrown.paralegal@gmail.com

POLLY A. LANGDON
                          on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
                          ECFMail@ReadingCh13.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Sarah C. Bradley

      Debtor(s)

Case No: 17−16510−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/15/22

56 − 49
Form 138OBJ