IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sarah C. Bradley<br>                      Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>                      v.<br>Sarah C. Bradley<br>                      and<br>Scott Waterman Esq.<br>                      Trustee | Chapter 13<br><br><br>NO. 17-16510 AMC |

## ORDER

AND NOW, this _____ day of _____, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on September 23, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3377 Red Lion Road Philadelphia, PA 19114.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: November 28, 2022**

_____
United States Bankruptcy Judge.

cc: See attached service list

Sarah C. Bradley
3377 Red Lion Road
Philadelphia, PA 19114

Scott F. Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532